## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>GWG HOLDINGS, INC., *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-90032 (MI) (Jointly Administered) |
| MICHAEL I. GOLDBERG, as Trustee of the GWG LITIGATION TRUST,<br><br>    Plaintiff,<br><br> v.<br><br>BRADLEY K. HEPPNER, individually and in his capacity as Trustee of THE BRADLEY K. HEPPNER FAMILY TRUST, THE HEPPNER FAMILY HOME TRUST, THE HIGHLAND BUSINESS HOLDINGS TRUST, and THE HIGHLAND INVESTMENT HOLDINGS TRUST; BENEFICIENT CAPITAL COMPANY, L.L.C.; BENEFICIENT CAPITAL COMPANY II, L.L.C.; BENEFICIENT COMPANY HOLDINGS, L.P.; BENEFICIENT HOLDINGS, INC.; BENEFICIENT MANAGEMENT, L.L.C.; BRADLEY CAPITAL COMPANY, L.L.C.; PETER T. CANGANY, JR.; DAVID F. CHAVENSON; CT RISK MANAGEMENT, L.L.C.; ELMWOOD BRADLEY OAKS, L.P.; TIMOTHY L. EVANS; FUNDING TRUST MANAGEMENT, L.L.C.; TIMOTHY B. HARMON, in his capacity as Trustee of | Adv. Pro. No. 24-03090 (MI) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955).  The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201.  Further information regarding the Debtors and these chapter 11 cases  is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

1

THE HIGHLAND INVESTMENT HOLDINGS
TRUST; HCLP CREDIT COMPANY, L.L.C.;
HCLP NOMINEES, L.L.C.; THOMAS O.
HICKS; HIGHLAND CONSOLIDATED, L.P.;
MURRAY T. HOLLAND; LIQUIDTRUST
MANAGEMENT, L.L.C.; RESEARCH
RANCH OPERATING COMPANY, L.L.C.;
BRUCE W. SCHNITZER; THE
BENEFICIENT COMPANY GROUP, L.P.;
THE BENEFICIENT COMPANY GROUP
(USA), L.L.C.; and JOHN STAHL, in his
capacity as Trustee of THE LT-1
COLLECTIVE COLLATERAL TRUST, THE
LT-2 COLLECTIVE COLLATERAL TRUST,
THE LT-3 COLLECTIVE COLLATERAL
TRUST, THE LT-4 COLLECTIVE
COLLATERAL TRUST, THE LT-5
COLLECTIVE COLLATERAL TRUST, THE
LT-6 COLLECTIVE COLLATERAL TRUST,
THE LT-7 COLLECTIVE COLLATERAL
TRUST, THE LT-8 COLLECTIVE
COLLATERAL TRUST, THE LT-9
COLLECTIVE COLLATERAL TRUST, THE
LT-1 LIQUID TRUST, THE LT-2 LIQUID
TRUST, THE LT-5 LIQUID TRUST, THE LT-
7 LIQUID TRUST, THE LT-8 LIQUID
TRUST, and THE LT-9 LIQUID TRUST,
Defendants.

## NOTICE OF HEARING
### [Relates to Doc. No. 104]

**PLEASE TAKE NOTICE** that on November 4, 2024, Defendants Thomas O. Hicks and

Bruce W. Schnitzer, pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) and Fed. R. Bankr. P. 7012 filed

their *Motion to Dismiss the Complaint* ("**Hicks and Schnitzer Motion to Dismiss**") [Doc. No.

104].

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2024, the Court so-ordered

the Joint Stipulation to Abate Case Pending Mediation ("**Joint Stipulation**") [Doc. No. 83].

Pursuant to the Joint Stipulation:

- Defendants who have not responded to the Complaint shall answer, move against, or otherwise respond to the Complaint by **November 4, 2024**.

- Plaintiff shall file oppositions to Defendants' Motions to Dismiss by **November 25, 2024**.

- Defendants shall file any reply in support of their Motion to Dismiss by **December 16, 2024**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Joint Stipulation, a hearing on the Hicks and Schnitzer Motion to Dismiss, has been set for **December 19, 2024 at 9:00 a.m. (Central Standard Time)** before the Honorable Judge Marvin Isgur in Courtroom 404, 515 Rusk Avenue, Houston, Texas 77002. The Hearing will take place in person or via telephone and video. In advance of the hearing, you must file your hearing appearance electronically by completing the form available on the Judge Isgur's home page ([https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-marvin-isgur-electronic-appearance-links](https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-marvin-isgur-electronic-appearance-links)).

**PLEASE TAKE FURTHER NOTICE** that if you wish to participate via telephone, the number is **832-917-1510** and the conference code is **954554.** If you wish to participate via video, the link is [https://www.gotomeet.me/JudgeIsgur](https://www.gotomeet.me/JudgeIsgur). You will also need an audio connection via telephone.

Dated: November 4, 2024

Respectfully submitted,

**ALLEN OVERY SHEARMAN STERLING US LLP**

By: _/s/ R. Thaddeus Behrens_
R. Thaddeus Behrens
Tex. Bar No. 24029440
thad.behrens@aoshearman.com
Daniel H. Gold
Tex. Bar No. 24053230
daniel.gold@aoshearman.com
Ian E. Roberts
Tex. Bar No. 24056217
ian.roberts@aoshearman.com
Matthew A. McGee
Tex. Bar No. 24062527
matt.mcgee@aoshearman.com
William D. Marsh, Jr.
Tex. Bar No. 24092762
billy.marsh@aoshearman.com
The Link at Uptown
2601 Olive Street, 17th Floor
Dallas, TX 75201
(214) 271-5777

_Counsel for Defendants Thomas O. Hicks; and Bruce W. Schnitzer_

## **CERTIFICATE OF SERVICE**

I, R. Thaddeus Behrens, certify that on November 4, 2024, I caused a true and correct copy of this Notice of Hearing to be served by the Court's CM/ECF system on all parties entitled to notice.

                                                        */s/  R. Thaddeus Behrens*
                                                        R. Thaddeus Behrens