United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 04, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Adversary Case Number | 24-03090 |
|---|---|---|---|
| | Goldberg | | |
| | *versus* | | |
| | Heppner et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew Solomon<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: 202 974 1680 \| Email: msolomon@cgsh.com<br>New York, 3055209 \| District of Columbia, 187816 |
|---|---|

| Name of party applicant seeks to appear for: | Timothy L. Evans |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/1/2024 | Signed: | /s/ Matthew Solomon |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

Signed: 11/4/2024

_____
Marvin Isgur
United States Bankruptcy Judge