# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>GWG HOLDINGS, INC., *et al.*[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-90032 (MI) (Jointly Administered) |
| MICHAEL I. GOLDBERG, as Trustee of the GWG LITIGATION TRUST,<br><br>        Plaintiff,<br><br>   v.<br><br>BRADLEY K. HEPPNER, individually and in his capacity as Trustee of THE BRADLEY K. HEPPNER FAMILY TRUST, THE HEPPNER FAMILY HOME TRUST, THE HIGHLAND BUSINESS HOLDINGS TRUST, and THE HIGHLAND INVESTMENT HOLDINGS TRUST; BENEFICIENT CAPITAL COMPANY, L.L.C.; BENEFICIENT CAPITAL COMPANY II, L.L.C.; BENEFICIENT COMPANY HOLDINGS, L.P.; BENEFICIENT HOLDINGS, INC.; BENEFICIENT MANAGEMENT, L.L.C.; BRADLEY CAPITAL COMPANY, L.L.C.; PETER T. CANGANY, JR.; DAVID F. CHAVENSON; CT RISK MANAGEMENT, L.L.C.; ELMWOOD BRADLEY OAKS, L.P.; TIMOTHY L. EVANS; FUNDING TRUST MANAGEMENT, L.L.C.; TIMOTHY B. HARMON, in his capacity as Trustee of | Adv. Pro. No. 24-03090 (MI) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

> THE HIGHLAND INVESTMENT HOLDINGS TRUST; HCLP CREDIT COMPANY, L.L.C.; HCLP NOMINEES, L.L.C.; THOMAS O. HICKS; HIGHLAND CONSOLIDATED, L.P.; MURRAY T. HOLLAND; LIQUIDTRUST MANAGEMENT, L.L.C.; RESEARCH RANCH OPERATING COMPANY, L.L.C.; BRUCE W. SCHNITZER; THE BENEFICIENT COMPANY GROUP, L.P.; THE BENEFICIENT COMPANY GROUP (USA), L.L.C.; and JOHN STAHL, in his capacity as Trustee of THE LT-1 COLLECTIVE COLLATERAL TRUST, THE LT-2 COLLECTIVE COLLATERAL TRUST, THE LT-3 COLLECTIVE COLLATERAL TRUST, THE LT-4 COLLECTIVE COLLATERAL TRUST, THE LT-5 COLLECTIVE COLLATERAL TRUST, THE LT-6 COLLECTIVE COLLATERAL TRUST, THE LT-7 COLLECTIVE COLLATERAL TRUST, THE LT-8 COLLECTIVE COLLATERAL TRUST, THE LT-9 COLLECTIVE COLLATERAL TRUST, THE LT-1 LIQUID TRUST, THE LT-2 LIQUID TRUST, THE LT-5 LIQUID TRUST, THE LT-7 LIQUID TRUST, THE LT-8 LIQUID TRUST, and THE LT-9 LIQUID TRUST,
> Defendants.

**NOTICE OF HEARING**
[Relates to Doc. No. 117]

**PLEASE TAKE NOTICE** that on November 4, 2024, HCLP Nominees, L.L.C., HCLP Credit Company, L.L.C., and Highland Consolidated L.P. (collectively, the "HCLP Entities") moved, pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Bankr. P. 7012 to Dismiss the Complaint ("**HCLP Entities' Motion to Dismiss**") [Doc. No. 117].

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2024, the Court so-ordered the Joint Stipulation to Abate Case Pending Mediation ("**Joint Stipulation**") [Doc. No. 83]. Pursuant to the Joint Stipulation:

- Defendants who have not responded to the Complaint shall answer, move against,

or otherwise respond to the Complaint by **November 4, 2024**.

- Plaintiff shall file oppositions to Defendants' Motions to Dismiss by **November 25, 2024**.

- Defendants shall file any reply in support of their Motion to Dismiss by **December 16, 2024**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Joint Stipulation, a hearing on the HCLP Entities' Motion to Dismiss has been set for **December 19, 2024 at 9:00 a.m. (Central Standard Time)** before the Honorable Judge Marvin Isgur, Courtroom 404, 515 Rusk Avenue, Houston, Texas 77002. The Hearing will take place in person or via telephone and video. In advance of the hearing, you must file your hearing appearance electronically by completing the form available on the Judge Isgur's home page (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-marvin-isgur-electronic- appearance-links).

**PLEASE TAKE FURTHER NOTICE** that if you wish to participate via telephone, the number is **832-917-1510** and the conference code is **954554.** If you wish to participate via video, the link is https://www.gotomeet.me/JudgeIsgur. You will also need an audio connection via telephone.

Dated: November 4, 2024							Respectfully submitted,

        FRIEDMAN KAPLAN SEILER
         ADELMAN & ROBBINS LLP

By:   */s/ Edward A. Friedman*
      Edward A. Friedman (admitted *pro hac vice*)
      Jeffrey C. Fourmaux (admitted *pro hac vice*)
      Geoffrey Cajigas (admitted *pro hac vice*)

7 Times Square
New York, NY 10036
(212) 833-1100
efriedman@fklaw.com
jfourmaux@fklaw.com
gcajigas@fklaw.com

    -and-

BRACEWELL LLP

By:   */s/ Jason G. Cohen*
      Jason G. Cohen

711 Louisiana Street, Suite 2300
Houston, TX 77002
(713) 221-1416
jason.cohen@bracewell.com

## **CERTIFICATE OF SERVICE**

I, Geoffrey Cajigas, certify that on November 4, 2024, I caused a true and correct copy of this Notice of Hearing to be served by the Court's CM/ECF system on all parties entitled to notice.

*/s/ Geoffrey Cajigas*
Geoffrey Cajigas