United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>GWG HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90032 (MI) (Jointly Administered) |
| MICHAEL I. GOLDBERG, as Trustee of the GWG LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY K. HEPPNER, *et al.*,<br><br>Defendants. | Adv. Pro No. 24-03090 |

**ORDER GRANTING EMERGENCY JOINT MOTION BY ALL PARTIES TO EXTEND DEADLINE FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS TO DISMISS TO PRESERVE INSURANCE DOLLARS FOR SETTLEMENT**
[Relates to Adv. Docket No. 146]

Upon consideration of the Emergency Joint Motion by All Parties to Extend Deadline for Defendants' Replies in Support of Motions to Dismiss to Preserve Insurance Dollars for Settlement (the [...] respe[...]

ORD[...]

Leave is granted to supplement the emergency motion with a term sheet (which may be filed under seal) setting forth the essential terms of the settlement.

their [...]
Febr[...]

Signed: January 07, 2025

Marvin Isgur
United States Bankruptcy Judge

**IT IS SO ORDERED.**

**Dated: _____**

                                              **MARVIN ISGUR**
                                              **UNITED STATES BANKRUPTCY JUDGE**