United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>GWG HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90032 (MI) (Jointly Administered) |
| MICHAEL I. GOLDBERG, as Trustee of the GWG LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY K. HEPPNER, *et al.*,<br><br>Defendants. | Adv. Pro No. 24-03090 |

**ORDER GRANTING EMERGENCY JOINT MOTION BY ALL PARTIES TO EXTEND DEADLINE FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS TO DISMISS TO PRESERVE INSURANCE DOLLARS FOR SETTLEMENT**
[Relates to Adv. Docket No. 146]

Upon consideration of the Emergency Joint Motion by All Parties to Extend Deadline for Defendants' Replies in Support of Motions to Dismiss to Preserve Insurance Dollars for Settlement (the [...]

resp[...]

ORI[...]

Leave is granted to supplement the emergency motion with a term sheet (which may be filed under seal) setting forth the essential terms of the settlement.

their

Febr[...]

Signed: January 07, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

1

**IT IS SO ORDERED.**

**Dated: _____** _____

**MARVIN ISGUR**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

Goldberg,
    Plaintiff

Adv. Proc. No. 24-03090-mi

Heppner,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0541-4 | User: ADIuser | Page 1 of 4
Date Rcvd: Jan 07, 2025 | Form ID: pdf002 | Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Beneficient Capital Company II, L.L.C. |
| dft | | Beneficient Capital Company, L.L.C. |
| dft | | Beneficient Company Holdings, L.P. |
| dft | | Beneficient Fiduciary Financial, L.L.C. |
| dft | | Beneficient Holdings, Inc. |
| dft | | Beneficient Management, L.L.C. |
| dft | | Bradley Capital Company, L.L.C. |
| dft | | Bradley K. Heppner |
| dft | | Bradley K. Heppner in his Capacity as Trustee for |
| dft | | Bradley K. Heppner, as Trustee of The Bradley K. H |
| dft | | Bradley K. Heppner, in his capacity as Trustee for |
| dft | | Bradley K. Heppner, individually |
| dft | | Bruce W. Schnitzer |
| dft | | CT Risk Management, L.L.C. |
| dft | | David F. Chavenson |
| dft | | Elmwood Bradley Oaks, L.P. |
| dft | | Fund Trust Management, L.L.C. |
| dft | | HCLP Credit Company, L.L.C. |
| dft | | HCLP Nominees, L.L.C. |
| dft | | Highland Consolidated, L.P. |
| dft | | John Stahl |
| dft | | LiquidTrust Management, L.L.C. |
| pla | | Michael I. Goldberg |
| dft | | Murray T. Holland |
| dft | | Peter T. Cangany, Jr. |
| dft | | Research Ranch Operating Company, L.L.C. |
| dft | | The Beneficient Company Group (USA), L.L.C. |
| dft | | The Beneficient Company Group, L.P. |
| dft | | Thomas O. Hicks |
| dft | | Timonty B. Harmon |
| dft | | Timothy B. Harmon, as Trustee of The Highland Inve |
| dft | | Timothy L. Evans |

TOTAL: 32 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2025 | Form ID: pdf002 | Total Noticed: 0 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Amy S Park
   on behalf of Defendant David F. Chavenson apark@omm.com

Asher Rivner
   on behalf of Defendant David F. Chavenson arivner@omm.com  asher-rivner-0900@ecf.pacerpro.com

Chase Tyler Cobb
   on behalf of Defendant Timothy L. Evans chase.cobb@troutman.com

Christopher Darnell Porter
   on behalf of Defendant Bradley K. Heppner  as Trustee of The Bradley K. Heppner Family Trust, The Heppner Family Home Trust, and The Highland Business Holdings Trust chrisporter@quinnemanuel.com

Christopher Darnell Porter
   on behalf of Defendant Bradley Capital Company  L.L.C. chrisporter@quinnemanuel.com

Christopher Darnell Porter
   on behalf of Defendant Research Ranch Operating Company  L.L.C. chrisporter@quinnemanuel.com

Christopher Darnell Porter
   on behalf of Defendant Beneficient Holdings  Inc. chrisporter@quinnemanuel.com

Christopher Darnell Porter
   on behalf of Defendant Elmwood Bradley Oaks  L.P. chrisporter@quinnemanuel.com

Dylan E Jones
   on behalf of Plaintiff Michael I. Goldberg djones@reidcollins.com

Edward A. Friedman
   on behalf of Defendant HCLP Credit Company  L.L.C. efriedman@fklaw.com

Edward A. Friedman
   on behalf of Defendant Highland Consolidated  L.P. efriedman@fklaw.com

Edward A. Friedman
   on behalf of Defendant HCLP Nominees  L.L.C. efriedman@fklaw.com

Emma Emma Culotta
   on behalf of Plaintiff Michael I. Goldberg eculotta@reidcollins.com

Eric Mark Kay
   on behalf of Defendant Beneficient Capital Company  L.L.C. erickay@quinnemanuel.com

Eric Mark Kay
   on behalf of Defendant Bradley K. Heppner  in his capacity as Trustee for The Bradley K. Heppner Family Trust, The Heppner Family Home Trust, The Highland Business Holdings Trust, and The Highland Investment Holdings Trust erickay@quinnemanuel.com

Eric Mark Kay
   on behalf of Defendant Bradley Capital Company  L.L.C. erickay@quinnemanuel.com

Eric Mark Kay
   on behalf of Defendant Bradley K. Heppner erickay@quinnemanuel.com

Eric Mark Kay
   on behalf of Defendant Research Ranch Operating Company  L.L.C. erickay@quinnemanuel.com

Eric Mark Kay
   on behalf of Defendant Elmwood Bradley Oaks  L.P. erickay@quinnemanuel.com

Frank J Wright
   on behalf of Defendant Murray T. Holland frank@fjwright.law  frank@fjwright.law;imelda@fjwright.law;jeff@fjwright.law

Geoffrey Cajigas

Case 24-03090   Document 150   Filed in TXSB on 01/10/25   Page 5 of 6

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 4 |
| Date Rcvd: Jan 07, 2025 | Form ID: pdf002 | Total Noticed: 0 |

| | |
|---|---|
| Geoffrey Cajigas | on behalf of Defendant Highland Consolidated L.P. gcajigas@fklaw.com, mclerk@fklaw.com |
| Geoffrey Cajigas | on behalf of Defendant HCLP Nominees L.L.C. gcajigas@fklaw.com, mclerk@fklaw.com |
| Geoffrey Cajigas | on behalf of Defendant HCLP Credit Company L.L.C. gcajigas@fklaw.com, mclerk@fklaw.com |
| James C. Tecce | on behalf of Defendant Research Ranch Operating Company L.L.C. jamestecce@quinnemanuel.com |
| James C. Tecce | on behalf of Defendant Bradley K. Heppner individually jamestecce@quinnemanuel.com |
| James C. Tecce | on behalf of Defendant Bradley K. Heppner jamestecce@quinnemanuel.com |
| James C. Tecce | on behalf of Defendant Elmwood Bradley Oaks L.P. jamestecce@quinnemanuel.com |
| James C. Tecce | on behalf of Defendant Bradley Capital Company L.L.C. jamestecce@quinnemanuel.com |
| James C. Tecce | on behalf of Defendant Beneficient Holdings Inc. jamestecce@quinnemanuel.com |
| James C. Tecce | on behalf of Defendant Bradley K. Heppner in his capacity as Trustee for The Bradley K. Heppner Family Trust, The Heppner Family Home Trust, The Highland Business Holdings Trust, and The Highland Investment Holdings Trust jamestecce@quinnemanuel.com |
| Jason Gary Cohen | on behalf of Defendant Highland Consolidated L.P. jason.cohen@bracewell.com, mary.kearney@bracewell.com |
| Jason Gary Cohen | on behalf of Defendant HCLP Nominees L.L.C. jason.cohen@bracewell.com, mary.kearney@bracewell.com |
| Jason Gary Cohen | on behalf of Defendant HCLP Credit Company L.L.C. jason.cohen@bracewell.com, mary.kearney@bracewell.com |
| Jeffrey C. Fourmaux | on behalf of Defendant HCLP Nominees L.L.C. jfourmaux@fklaw.com, mclerk@fklaw.com |
| Jeffrey C. Fourmaux | on behalf of Defendant HCLP Credit Company L.L.C. jfourmaux@fklaw.com, mclerk@fklaw.com |
| Jeffrey C. Fourmaux | on behalf of Defendant Highland Consolidated L.P. jfourmaux@fklaw.com, mclerk@fklaw.com |
| Joshua J Bruckerhoff | on behalf of Plaintiff Michael I. Goldberg jbruckerhoff@reidcollins.com tstone@reidcollins.com |
| Kenneth P Held | on behalf of Defendant Peter T. Cangany Jr. kheld@fletcherheld.com, dockets@fletcherheld.com |
| Lauren Held Harris | on behalf of Defendant Peter T. Cangany Jr. lharris@fletcherheld.com, dockets@fletcherheld.com |
| Matthew Charles Solomon | on behalf of Defendant Timothy L. Evans msolomon@cgsh.com |
| Michael John Yoder | on behalf of Plaintiff Michael I. Goldberg myoder@reidcollins.com |
| Michael K Hurst | on behalf of Defendant John Stahl mhurst@lynnllp.com bcongdon@lynnllp.com;tashworth@lynnllp.com;gflores@lynnllp.com |
| Morgan Mallory Menchaca | on behalf of Plaintiff Michael I. Goldberg mmenchaca@reidcollins.com |
| Nathaniel John Palmer | on behalf of Plaintiff Michael I. Goldberg npalmer@reidcollins.com |
| Nowell David Bamberger | on behalf of Defendant Timothy L. Evans nbamberger@cgsh.com maofiling@cgsh.com |
| Richard Thaddeus Behrens | on behalf of Defendant Fund Trust Management L.L.C. thad.behrens@aoshearman.com, manattyoffice@shearman.com,courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com |
| Richard Thaddeus Behrens | on behalf of Defendant LiquidTrust Management L.L.C. thad.behrens@aoshearman.com, manattyoffice@shearman.com,courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 4 |
| Date Rcvd: Jan 07, 2025 | Form ID: pdf002 | Total Noticed: 0 |

Richard Thaddeus Behrens
 on behalf of Defendant Beneficient Fiduciary Financial  L.L.C. thad.behrens@aoshearman.com,
 manattyoffice@shearman.com,courtalert@shearman.com,managing-attorney-5081@ecf.pacerpro.com

Roger B Cowie
 on behalf of Defendant Timothy L. Evans roger.cowie@troutman.com
 AutoDocket@lockelord.com;theressa.washington@lockelord.com

Samuel Clinton Cowan, Jr
 on behalf of Defendant John Stahl ccowan@lynnllp.com

Sarah Ecker Cooper
 on behalf of Defendant Peter T. Cangany  Jr. scooper@fletcherheld.com, dockets@fletcherheld.com

Steven J. Levitt
 on behalf of Defendant Beneficient Company Holdings  L.P. steven.levitt@hklaw.com,
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant The Beneficient Company Group (USA)  L.L.C. steven.levitt@hklaw.com,
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant Thomas O. Hicks steven.levitt@hklaw.com
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant Beneficient Management  L.L.C. steven.levitt@hklaw.com,
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant Beneficient Holdings  Inc. steven.levitt@hklaw.com,
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant The Beneficient Company Group  L.P. steven.levitt@hklaw.com,
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant CT Risk Management  L.L.C. steven.levitt@hklaw.com,
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant Beneficient Capital Company  L.L.C. steven.levitt@hklaw.com,
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant Bruce W. Schnitzer steven.levitt@hklaw.com
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Steven J. Levitt
 on behalf of Defendant Beneficient Capital Company II  L.L.C. steven.levitt@hklaw.com,
 gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Taylor Ann Lewis
 on behalf of Plaintiff Michael I. Goldberg tlewis@reidcollins.com

Timothy S Durst
 on behalf of Defendant David F. Chavenson tdurst@omm.com  timothy-durst-9363@ecf.pacerpro.com

William T Reid, IV
 on behalf of Plaintiff Michael I. Goldberg wreid@reidcollins.com  jwingerter@reidcollins.com

TOTAL: 64